## ROBERT INNIS AND ROBERT GRANT *versus* JACOB VISGER

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea in abatement filed, demurrer sustained, judgment *p. 475; (2) motion to set aside judgment denied *p. 485.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 13, c. 19; p. 43½, c. 1; p. 49, c. 3; p. 58, c. 3.

## UNITED STATES *versus* CHRISTIAN CLEMENS

JOURNAL ENTRIES (1815): *Journal 2:* (1) Transferred to court sitting as a Circuit and District Court of U. S. *p. 476.
PAPERS IN FILE: (1) Declaration; (2) venire facias, list of jurors; (3) subpoena.